B5 (Official Form 5) (12/07)    FORM 5. INVOLUNTARY PETITION

| United States Bankruptcy Court<br>Western District of Washington | INVOLUNTARY PETITION |
|---|---|
| IN RE (Name of Debtor - If Individual: Last, First, Middle)<br>**InMediaRes Productions, LLC** | ALL OTHER NAMES used by debtor in the last 8 years<br>(Include married, maiden, and trade names.)<br>**dba Catalyst Game Labs** |
| Last four digits of Social-Security or other Individual's Tax-ID No./Complete EIN<br>(If more than one, state all.)<br>**77-0603839** | |
| STREET ADDRESS OF DEBTOR (No. and street, city, state, and zip code)<br>**PMB 202**<br>**303 91st Ave NE, G-701**<br>**Lake Stevens, WA 98258-2641** | MAILING ADDRESS OF DEBTOR (If different from street address) |
| COUNTY OF RESIDENCE OR PRINCIPAL PLACE OF BUSINESS<br>**Snohomish** | |
| LOCATION OF PRINCIPAL ASSETS OF BUSINESS DEBTOR (If different from previously listed addresses) | |

CHAPTER OF BANKRUPTCY CODE UNDER WHICH PETITION IS FILED
■ Chapter 7   ☐ Chapter 11

### INFORMATION REGARDING DEBTOR (Check applicable boxes)

| Nature of Debts<br>(Check one box)<br>Petitioners believe:<br>☐ Debts are primarily consumer debts<br>■ Debts are primarily business debts | Type of Debtor<br>(Form of Organization)<br>☐ Individual (Includes Joint Debtor)<br>■ Corporation (Includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities,<br>check this box and state type of entity below.) | Nature of Business (Check one box)<br>☐ Health Care Business<br>☐ Single Asset Real Estate as defined in<br>11 U.S.C. § 101(51)(B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>■ Other |

| VENUE | FILING FEE (Check one box) |
|---|---|
| ■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in the District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br>☐ A bankruptcy case concerning debtor's affiliate, general partner or partnership is pending in this District. | ■ Full Filing Fee attached<br>☐ Petitioner is a child support creditor or its representative, and the form specified in § 304(g) of the Bankruptcy Reform Act of 1994 is attached.<br>*[If a child support creditor or its representative is a petitioner, and if the petitioner files the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.]* |

PENDING BANKRUPTCY CASE FILED BY OR AGAINST ANY PARTNER
OR AFFILIATE OF THIS DEBTOR (Report information for any additional cases on attached sheets.)

| Name of Debtor | Case Number | Date |
|---|---|---|
| Relationship | District | Judge |

### ALLEGATIONS
(Check applicable boxes)

COURT USE ONLY

1. ■ Petitioner(s) are eligible to file this petition pursuant to 11 U.S.C. § 303(b).
2. ■ The debtor is a person against whom an order for relief may be entered under title 11 of the United States Code.
3.a. ■ The debtor is generally not paying such debtor's debts as they become due, unless such debts are the subject of a bona fide dispute as to liability or amount;
   or
3.b. ☐ Within 120 days preceding the filing of this petition, a custodian, other than a trustee, receiver, or agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037    Best Case Bankruptcy

## TRANSFER OF CLAIM

☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents evidencing the transfer and any statements that are required under Bankruptcy Rule 1003(a).

## REQUEST FOR RELIEF

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

X _[signature]_
Signature of Petitioner or Representative (State title)

Name of Petitioner: **Jean-Philippe Sugarbroad**
Date Signed: April 16, 2010

Name & Mailing Address of Individual Signing in Representative Capacity:
Jean-Philippe Sugarbroad
8465 Stone Ave. N
Seattle, WA 98103

X _[signature] Diana K Carey_  April 16, 2010
Signature of Attorney  Date

Diana K. Carey    WSBA# 16239
Name of Attorney Firm (If any):
Karr Tuttle Campbell
1201 Third Avenue, Ste. 2900
Seattle, WA 98101
Address
Telephone No. 206-223-1313

---

X _____
Signature of Petitioner or Representative (State title)

Name of Petitioner: **Wildfire LLC**
Date Signed: April 16, 2010

Name & Mailing Address of Individual Signing in Representative Capacity:
Fraser McKay, President
23321 SE 291st St.
Black Diamond, WA 98010

X _____ April 16, 2010
Signature of Attorney  Date

Name of Attorney Firm (If any): _____

Address
Telephone No. _____

---

X _[signature]_
Signature of Petitioner or Representative (State title)

Name of Petitioner: **Paul H. Stansel**
Date Signed: April 16, 2010

Name & Mailing Address of Individual Signing in Representative Capacity:
Paul H. Stansel
490 Rollstone Road
Fitchburg, MA 01420

X _____ April 16, 2010
Signature of Attorney  Date

Name of Attorney Firm (If any): _____

Address
Telephone No. _____

## PETITIONING CREDITORS

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Jean-Philippe Sugarbroad<br>8465 Stone Ave. N<br>Seattle, WA 98103 | Services | 2,924.64 |
| Wildfire LLC<br>23321 SE 291st St.<br>Black Diamond, WA 98010 | Royalties | 37,236.59 |
| Paul H. Stansel<br>490 Rollstone Road<br>Fitchburg, MA 01420 | Loan | 18,551.54 |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | Total Amount of Petitioners' Claims | 58,712.77 |

0 continuation sheets attached

B5 (Official Form 5) (12/07) - Page 2

Name of Debtor __InMediaRes Productions, LLC__
Case No. _____

| TRANSFER OF CLAIM |
|---|
| ☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents evidencing the transfer and any statements that are required under Bankruptcy Rule 1003(a). |

**REQUEST FOR RELIEF**
Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

X_____
Signature of Petitioner or Representative (State title)

__Jean-Philippe Sugarbroad__     __April 16, 2010__
Name of Petitioner                Date Signed

Name & Mailing          Jean-Philippe Sugarbroad
Address of Individual   8465 Stone Ave. N
Signing in Representative Seattle, WA 98103
Capacity

X_____     __April 16, 2010__
Signature of Attorney                Date

__Diana K. Carey__
Name of Attorney Firm (If any)

__Karr Tuttle Campbell__
__1201 Third Avenue, Ste. 2900__
__Seattle, WA 98101__
Address
Telephone No. __206-223-1313__

X_____
Signature of Petitioner or Representative (State title)

__Wildfire LLC__                  __April 16, 2010__
Name of Petitioner                Date Signed

Name & Mailing          Fraser McKay, President
Address of Individual   23321 SE 291st St.
Signing in Representative Black Diamond, WA 98010
Capacity

X_____     __April 16, 2010__
Signature of Attorney                Date

Name of Attorney Firm (If any)

Address
Telephone No.

X __Paul H. Stansel__
Signature of Petitioner or Representative (State title)

__Paul H. Stansel__               __April 16, 2010__
Name of Petitioner                Date Signed

Name & Mailing          Paul H. Stansel
Address of Individual   490 Rollstone Road
Signing in Representative Fitchburg, MA 01420
Capacity

X_____     __April 16, 2010__
Signature of Attorney                Date

Name of Attorney Firm (If any)

Address
Telephone No.

| PETITIONING CREDITORS | | |
|---|---|---|
| Name and Address of Petitioner<br>Jean-Philippe Sugarbroad<br>8465 Stone Ave. N<br>Seattle, WA 98103 | Nature of Claim<br>Services | Amount of Claim<br>2,924.64 |
| Name and Address of Petitioner<br>Wildfire LLC<br>23321 SE 291st St.<br>Black Diamond, WA 98010 | Nature of Claim<br>Royalties | Amount of Claim<br>37,236.59 |
| Name and Address of Petitioner<br>Paul H. Stansel<br>490 Rollstone Road<br>Fitchburg, MA 01420 | Nature of Claim<br>Loan | Amount of Claim<br>18,551.54 |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | | Total Amount of Petitioners' Claims<br>58,712.77 |

__0__ continuation sheets attached