Form B 250E (invsum) (12/09)

# UNITED STATES BANKRUPTCY COURT

Western District of Washington
700 Stewart St, Room 6301
Seattle, WA 98101

---

In Re:

InMediaRes Productions LLC
       Debtor(s).

Case Number: 10–14343–TTG

Chapter: 7

---

## SUMMONS TO DEBTOR IN INVOLUNTARY CASE

TO: Debtor(s)

A petition was filed against you on **April 19, 2010,** in this Bankruptcy Court, requesting an order for relief under chapter **7** of the Bankruptcy Code.

**YOU ARE SUMMONED** and required to submit to the Clerk of the Bankruptcy Court a <u>motion</u> or <u>answer</u> to the petition <u>within 21 days after service of this summons.</u> A copy of the petition is attached.

Address of Clerk:      U.S. Bankruptcy Court
                                   700 Stewart St, Room 6301
                                   Seattle, WA 98101

At the same time, you must also serve a copy of your motion or answer on the petitioner's attorney.

Name and Address of Petitioner's Attorney:    Diana K Carey
                                                              Karr Tuttle Campbell
                                                               1201 3rd Ave #2900
                                                               Seattle WA 98101–3028

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 1011(c).

IF YOU FAIL TO RESPOND TO THIS SUMMONS, THE ORDER FOR RELIEF WILL BE ENTERED.

                                                            Mark L. Hatcher
                                                            Clerk, U.S. Bankruptcy Court

                                                            BY: <u>/s/ Victoria Brazil</u>
                                                                      Deputy Clerk



**Date of Issuance: <u>April 20, 2010</u>**