The Honorable Thomas T. Glover
Chapter 7

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| In re | |
|---|---|
| INMEDIARES PRODUCTIONS, LLC *dba* CATALYST GAME LABS, | Case No. 10-14343-TTG |
| | DECLARATION OF SERVICE |
| Debtor. | |

I, Marti J. Munhall, declare as follows:

I am an employee of Karr Tuttle Campbell. On April 21, 2010, I caused to be served true and correct copies of the Summons to Debtor in Involuntary Case, and the corresponding Involuntary Petition, via United States Mail, both 'regular' and 'certified', to the parties as follows:

| | |
|---|---|
| InMediaRes Productions, LLC *dba* Catalyst Game Labs c/o Timothy C Robbins, Registered Agent 3501 Rucker Ave Everett WA 98201 | Attn: Tara Bills & Randall Bills InMediaRes Productions, LLC *dba* Catalyst Game Labs PMB 202 303 91st Ave NE, G-701 Lake Stevens, WA 98258 |
| Attn: Loren Coleman & Heather Coleman InMediaRes Productions, LLC *dba* Catalyst Game Labs 1417 94th Drive SE Everett, WA 98205 | |

DECLARATION OF SERVICE - 1
#749462 v1 / 40556-001

Law Offices
KARR TUTTLE CAMPBELL
A Professional Service Corporation

1201 Third Avenue, Suite 2900, Seattle, Washington 98101-3028
Telephone (206) 223-1313, Facsimile (206) 682-7100

| | |
|---|---|
| 1 | I declare under penalty of perjury under the laws of the State of Washington and the |
| 2 | United States that the foregoing is true and correct to the best of my knowledge. |
| 3 | |
| 4 | DATED at Seattle, Washington this 22nd day of April, 2010. |
| 5 | |
| 6 | *[signature]* <br> Marti J. Munhall |

DECLARATION OF SERVICE - 2
#749462 v1 / 40556-001

*Law Offices*
**KARR TUTTLE CAMPBELL**
*A Professional Service Corporation*

1201 Third Avenue, Suite 2900, Seattle, Washington 98101-3028
Telephone (206) 223-1313, Facsimile (206) 682-7100

Case 10-14343-TTG    Doc 3    Filed 04/22/10    Entered 04/22/10 14:02:51    Page 2 of 2