UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| In re<br><br>INMEDIARES PRODUCTIONS, LLC<br>dba CATALYST GAME LABS,<br><br>Debtor. | Case No. 10-14343-TTG<br><br>MOTION FOR ENTRY OF ORDER FOR RELIEF IN INVOLUNTARY PROCEEDING |

Petitioning Creditors Jean-Philippe Sugarbroad, Paul H. Stansel, and Wildfire LLC, through their counsel Karr Tuttle Campbell, move the court pursuant to 11 U.S.C. § 303(h), as supported by the Declaration of Diana K. Carey, for entry of an Order for Relief against Inmediares Productions, LLC d/b/a/ Catalyst Game Labs, as follows:

1. Each of the three Petitioning Creditors has signed the Involuntary Petition under penalty of perjury requesting an order for relief against Inmediares Productions, LLC d/b/a/ Catalyst Game Labs "Catalyst"), and those undisputed noncontingent claims total more than $13,475. The petitioners are eligible pursuant to 11 U.S.C.§ 303(b), and their claims are not contingent nor subject to a bona fide dispute.

MOTION FOR ENTRY OF ORDER FOR RELIEF - 1
#752578 v1 / 40556-001

*Law Offices*
KARR TUTTLE CAMPBELL
*A Professional Service Corporation*
1201 Third Avenue, Suite 2900, Seattle, Washington 98101-3028
Telephone (206) 223-1313, Facsimile (206) 682-7100

Case 10-14343-TTG    Doc 5    Filed 05/18/10    Entered 05/18/10 13:40:54    Page 1 of 3

2. The Involuntary Petition was filed on April 19, 2010. It alleged that Catalyst was a person against whom an order for relief may be entered, that the debtor was not generally paying its debts as they became due.

3. The Summons to Debtor in Involuntary Case was issued April 20, 2010, and according to the Declaration of Service on file (Dkt #3), was mailed "regular" and "certified" to both the debtor's prinicipals and its registered agent on April 21, 2010. Petitioning creditors' counsel has on file two signed receipts from the certified mail, both of which are dated April 22, 2010.

4. The Debtor's answer was due, therefore, either May 12, 2010, or at least May 14, 2010 (21 days after receipt of service).

5. On May 17, 2010, as the Petitioning Creditors were about the file their Motion for Default, Debtor submitted an Answer and Affirmative Defenses (Dkt #4, filed at 15:32). Debtor did not move for leave to answer out of time.

## ARGUMENT

Section 303 of the Bankruptcy Code states in the most plain language that "[if} the petition is not timely controverted, the court *shall* order relief against the debtor." 11 U.S.C. § 303(h) (emphasis supplied). See Marvin J. Dahl v. Ross Key (in re Ross Key), 209 B.R. 737 (10th Cir. BAP 1997). Rule 1013 of the Federal Rules of Bankruptcy Procedure also provides that "[I]f no pleading or other defense to a petition is filed within the time provided by rule 1011, the court, on the next day, or as soon thereafter as practicable, shall enter an order for the relief requested in the petition." Fed. R. Bankr. P. 1013(b) (emphasis supplied).

MOTION FOR ENTRY OF ORDER FOR RELIEF - 2
#752578 v1 / 40556-001

*Law Offices*
KARR TUTTLE CAMPBELL
*A Professional Service Corporation*
1201 Third Avenue, Suite 2900, Seattle, Washington 98101-3028
Telephone (206) 223-1313, Facsimile (206) 682-7100

Case 10-14343-TTG    Doc 5    Filed 05/18/10    Entered 05/18/10 13:40:54    Page 2 of 3

Likewise, Collier on Bankruptcy provides:

> The debtor… must answer the involuntary petition in accordance with Federal Rule of Bankruptcy Procedure 1011(b). Importantly, section 303(h) provides that if a petition is not timely controverted, the order for relief will be entered.
>
> . . .
>
> This means that if an answer is not timely filed, the party filing the answer may be estopped from contesting the involuntary petition at a later date." 2 Collier on Bankruptcy ¶ 303.1310[3] (15th ed. rev. 1997).

There is no question that Catalyst's answer was not timely. Since Catalyst did not respond or answer timely, on the 22nd day after service of the summons it was the Bankruptcy Court's obligation to promptly enter the order for relief. In re Ross Key, 209 B.R. 739. Catalyst should be estopped from contesting the involuntary petition.

The Petitioning Creditors therefore respectfully request that the court enter the order for relief.

DATED this 18th day of May 2010.

                KARR TUTTLE CAMPBELL

                /s/ Diana K. Carey
                By: _____
                    Diana K. Carey, WSBA # 16239
                    Attorneys for Petitioning Creditors

MOTION FOR ENTRY OF ORDER FOR RELIEF - 3
#752578 v1 / 40556-001

*Law Offices*
KARR TUTTLE CAMPBELL
*A Professional Service Corporation*
1201 Third Avenue, Suite 2900, Seattle, Washington 98101-3028
Telephone (206) 223-1313, Facsimile (206) 682-7100

Case 10-14343-TTG  Doc 5  Filed 05/18/10  Entered 05/18/10 13:40:54  Page 3 of 3