The Honorable Thomas T. Glover
                                                                        Chapter 7

# UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

In re

INMEDIARES PRODUCTIONS, LLC
*dba* CATALYST GAME LABS,

Debtor.

Case No. 10-14343-TTG

ORDER FOR RELIEF IN INVOLUNTARY PROCEEDING

THIS MATTER CAME ON BEFORE THE COURT on the motion of Petitioning Creditors Jean-Philippe Sugarbroad, Paul H. Stansel, and Wildfire LLC, through their counsel Karr Tuttle Campbell, pursuant to 11 U.S.C. § 303(h), as supported by the Declaration of Diana K. Carey, for entry of an Order for Relief against Inmediares Productions, LLC d/b/a/ Catalyst Game Labs. It appearing that the involuntary petition was filed April 19, 2010, and that the summons was issued April 20, 2010 and served via mail on April 21,2010, the debtor did not timely controvert the petition, and that the debtor's answer was filed beyond the due date, and objections, if any, are overruled. It is therefore

ORDERED that an order for relief shall be entered against Inmediares Productions, LLC d/b/a/ Catalyst Game Labs, and the clerk of the court is instructed to issue same.

ORDER FOR RELIEF IN INVOLUNTARY
PROCEEDING - 1
#752835 v1 / 40556-001

*Law Offices*
KARR TUTTLE CAMPBELL
*A Professional Service Corporation*
1201 Third Avenue, Suite 2900, Seattle, Washington 98101-3028
Telephone (206) 223-1313, Facsimile (206) 682-7100

Case 10-14343-TTG    Doc 5-1    Filed 05/18/10    Entered 05/18/10 13:40:54    Page 1 of 2

1   DATED this ____ day of May 2010.

                                        _____
                                        U.S. Bankruptcy Court Judge

Presented by:

KARR TUTTLE CAMPBELL

By:  *(signed)* Diana Karey
     _____
     Diana K. Carey, WSBA #16239
     Attorneys for Petitioning Creditors

ORDER FOR RELIEF IN INVOLUNTARY
PROCEEDING - 2
#752835 v1 / 40556-001

*Law Offices*
KARR TUTTLE CAMPBELL
*A Professional Service Corporation*
1201 Third Avenue, Suite 2900, Seattle, Washington 98101-3028
Telephone (206) 223-1313, Facsimile (206) 682-7100