**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Kathy Ahern_ ☒ Agent ☐ Addressee

B. Received by (Printed Name): Kathy Ahern
C. Date of Delivery: 4-22-10

1. Article Addressed to:

InMediaRes Productions, LLC
dba Catalyst Game Labs
c/o Timothy C Robbins, Registered Agent
Address 3501 Rucker Ave
Everett WA 98201

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☒ No

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label): 7009 2250 0002 2860 8726

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____ ☐ Agent ☐ Addressee

B. Received by (Printed Name): Billy Russo
C. Date of Delivery: 04.22.10

1. Article Addressed to:

Attn: Tara Bills & Randall Bills
InMediaRes Productions, LLC
dba Catalyst Game Labs
PMB 202
303 91st Ave NE, G-701
Lake Stevens, WA 98258

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label): 7009 2250 0002 2860 8733

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

Ex. 1