The Honorable Thomas T. Glover
Chapter 7
**(EX PARTE)**

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| In re<br><br>INMEDIARES PRODUCTIONS, LLC<br>*dba* CATALYST GAME LABS,<br><br>Debtor. | Case No. 10-14343-TTG<br><br>MOTION TO SHORTEN TIME TO HEAR MOTION FOR ENTRY OF ORDER FOR RELIEF IN INVOLUNTARY PROCEEDING (EX PARTE) |

Petitioning Creditors Jean-Philippe Sugarbroad, Paul H. Stansel, and Wildfire LLC, through their counsel Karr Tuttle Campbell, move the court *ex parte* to shorten time to hear their motion for entry of an order for relief pursuant to 11 U.S.C. § 303(h), against Inmediares Productions, LLC d/b/a/ Catalyst Game Labs. Petitioning Creditors request that this matter be heard on shortened time on **Friday, May 21, 2010 at 9:30 a.m.**, as the court's next available calendar after that is not until June 18, 2010.

The Petitioning Creditors believe it is critical to learn whether or not an order for relief will be entered, as the involuntary was filed on April 19, 2010. Debtor did not timely controvert the petition, but filed an answer beyond the answer date.

MOTION TO SHORTEN TIME - 1
#752823 v1 / 40556-001

*Law Offices*
**KARR TUTTLE CAMPBELL**
*A Professional Service Corporation*

1201 Third Avenue, Suite 2900, Seattle, Washington 98101-3028
Telephone (206) 223-1313, Facsimile (206) 682-7100

Case 10-14343-TTG    Doc 7    Filed 05/18/10    Entered 05/18/10 13:46:05    Page 1 of 2

| | |
|---|---|
| 1 | DATED this 18th day of May 2010. |
| 2 | KARR TUTTLE CAMPBELL |

DATED this 18th day of May 2010.

KARR TUTTLE CAMPBELL

By: /s/ Diana K Carey
Diana K. Carey, WSBA # 16239
Attorneys for Petitioning Creditors

MOTION TO SHORTEN TIME - 2
#752823 v1 / 40556-001

*Law Offices*
KARR TUTTLE CAMPBELL
*A Professional Service Corporation*
1201 Third Avenue, Suite 2900, Seattle, Washington 98101-3028
Telephone (206) 223-1313, Facsimile (206) 682-7100

Case 10-14343-TTG    Doc 7    Filed 05/18/10    Entered 05/18/10 13:46:05    Page 2 of 2