The Honorable Thomas T. Glover
Chapter 7
**(EX PARTE)**

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| In re | Case No. 10-14343-TTG |
|---|---|
| INMEDIARES PRODUCTIONS, LLC *dba* CATALYST GAME LABS, | ORDER SHORTENING TIME TO HEAR MOTION FOR ENTRY OF ORDER FOR RELIEF IN INVOLUNTARY PROCEEDING EX PARTE |
| Debtor. | |

THIS MATTER CAME ON BEFORE THE COURT on the motion of Petitioning Creditors Jean-Philippe Sugarbroad, Paul H. Stansel, and Wildfire LLC, for an order to shorten time to hear their motion for entry of an order for relief pursuant to 11 U.S.C. § 303(h) against Inmediares Productions, LLC d/b/a/ Catalyst Game Labs.  It appearing cause is appropriate to shorten time, it is hereby

ORDERED that the motion of Petitioning Creditors for entry of an order for relief against the debtor shall be heard on **Friday, May 21, 2010 at 9:30 a.m.**, and responses shall be due at the time of hearing.

DATED this ____ day of May 2010.

_____
U.S. Bankruptcy Court Judge

**ORDER SHORTENING TIME - 1**
#752825 v1 / 40556-001

*Law Offices*
**KARR TUTTLE CAMPBELL**
*A Professional Service Corporation*
1201 Third Avenue, Suite 2900, Seattle, Washington 98101-3028
Telephone (206) 223-1313, Facsimile (206) 682-7100

1 Presented by:

2 KARR TUTTLE CAMPBELL

3

4 By: _____
   Diana K. Carey, WSBA #16239
5 Attorneys for Petitioning Creditors

**ORDER SHORTENING TIME - 2**
#752825 v1 / 40556-001

*Law Offices*
**KARR TUTTLE CAMPBELL**
*A Professional Service Corporation*
1201 Third Avenue, Suite 2900, Seattle, Washington 98101-3028
Telephone (206) 223-1313, Facsimile (206) 682-7100