James A. Santucci, WSBA #7393
The Lanz Firm, P.S.
AGC Bldg., Suite 809
1200 Westlake Avenue North
Seattle, WA 98109
Telephone: (206) 382-1827
Facsimile: (206) 682-5288
Email: jasantucci@thelanzfirm.com

Judge: Thomas T. Glover
Chapter: 7
Location: Seattle

# UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| INMEDIARES PRODUCTIONS, *dba* CATALYST GAME LABS, <br><br> Debtor. | Case Number: 10-14343-TTG <br><br> OBJECTION TO REQUEST FOR HEARING ON SHORTENED TIME |

Debtor, InMediaRes Productions, *d/b/a* Catalyst Game Labs ("IMR") by and through its attorney, James A. Santucci, and The Lanz Firm, P.S. objects to Motion to Shorten Time to Hear Motion.

Bankruptcy LBR 9013-1(d)(3) *Motions to Shorten Time*. Motions to shorten time will be granted only upon a showing of <u>exigent or exceptional circumstances.</u> A motion requesting an order shortening time may be granted *ex parte* in the court's discretion.

OBJECTION TO MOTION FOR SHORTENED TIME HEARING
G:\LETTER\JAS\Inmediares Productions\Objection to Shortened Time Hearing..docObjection to Motion For Shortened Time
PAGE 1

The Lanz Firm, P.S.
Suite 809, AGC Building
1200 Westlake Avenue North
Seattle, WA 98109
206-382-1827  FAX 206-682-5288

Case 10-14343-TTG    Doc 9    Filed 05/18/10    Entered 05/18/10 15:58:36    Page 1 of 2

While the court has discretion to grant such shortened time for "cause" as stated above, absolutely no such circumstances have been alleged by the creditor Petitioners in their motion. No exigent circumstances are alleged and no exceptional circumstances have been eluded. There is no reason given why this motion must be heard this Friday, and not on the court's regularly scheduled docket with proper notice. The only basis for Creditor's motion is that the next motion calendar is not until June 18, 2010.

This motion for relief will be vigorously contested and deserves the appropriate time for a measured response. Debtor timely controverted the petition as will be shown upon hearing.

Additionally, Counsel for the Debtor has been scheduled to be in Tacoma for another matter on Friday, May 21, 2010 in Tacoma at 9:00 a.m. There is no one to cover for me in that matter as I am covering a matter for Mr. Lanz who will be out of state that day.

This motion is supported by Declaration of James A. Santucci enclosed herewith.

DATED this 18th day of May, 2010.

          THE LANZ FIRM, P.S.:

          By: */s/ James A. Santucci*
            James A. Santucci, WSBA #7393
            Attorney for Debtor

OBJECTION TO MOTION FOR SHORTENED TIME HEARING
G:\LETTER\JAS\Inmediares Productions\Objection to Shortened Time Hearing..docObjection to Motion For Shortened Time

PAGE 2

The Lanz Firm, P.S.
Suite 809, AGC Building
1200 Westlake Avenue North
Seattle, WA 98109
206-382-1827 FAX 206-682-5288

Case 10-14343-TTG Doc 9 Filed 05/18/10 Entered 05/18/10 15:58:36 Page 2 of 2