James A. Santucci, WSBA #7393
The Lanz Firm, P.S.
AGC Bldg., Suite 809
1200 Westlake Avenue North
Seattle, WA 98109
Telephone: (206) 382-1827
Facsimile: (206) 682-5288
Email: jasantucci@thelanzfirm.com

Judge: Thomas T. Glover
Chapter: 7
Location: Seattle

# UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| INMEDIARES PRODUCTIONS, *dba* CATALYST GAME LABS,<br><br>Debtor. | Case Number: 10-14343-TTG<br><br>ORDER DENYING MOTION FOR ORDER SHORTENING TIME<br><br>*[Ex Parte]* |

This matter came on for hearing on ex parte before the Honorable Thomas T. Glover on Petitioning Creditors Paul H Stansel, Jean-Philippe Sugarbroad, Wildfire LLC's motion for an order shortening time to hear their Motion For Entry Of Order For Relief In Involuntary Proceeding. The Court considered the Petitioning Creditor's motion and the Debtor's objection thereto, and considered the other pleadings and records on file herein. It is therefore

**ORDERED ADJUDGED AND DECREED** that Petitioning Creditors Paul H Stansel, Jean-Philippe Sugarbroad, Wildfire LLC's motion for an order shortening time is DENIED.

DONE IN OPEN COURT this \_\_\_\_\_ day of May 2010.

_____
The Honorable Thomas T. Glover
U.S. Bankruptcy Judge

G:\LETTER\JAS\Inmediares Productions\Order Denying Motion to Shorten Time.doc

PAGE 1

The Lanz Firm, P.S.
Suite 809, AGC Building
1200 Westlake Avenue North
Seattle, WA 98109
206-382-1827 FAX 206-682-5288

Case 10-14343-TTG    Doc 11    Filed 05/18/10    Entered 05/18/10 16:01:09    Page 1 of 2

Presented by:

THE LANZ FIRM, P.S.

By: */s/ James A. Santucci*
James A. Santucci, WSBA #7393
Attorney for Debtor

G:\LETTER\JAS\Inmediares Productions\Order Denying Motion to Shorten Time.doc

PAGE 2

The Lanz Firm, P.S.
Suite 809, AGC Building
1200 Westlake Avenue North
Seattle, WA 98109
206-382-1827 FAX 206-682-5288

Case 10-14343-TTG    Doc 11    Filed 05/18/10    Entered 05/18/10 16:01:09    Page 2 of 2