The Honorable Thomas T. Glover
Chapter 7
**(EX PARTE)**

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| In re<br><br>INMEDIARES PRODUCTIONS, LLC<br>*dba* CATALYST GAME LABS,<br><br>                Debtor. | Case No.  10-14343-TTG<br><br>ORDER SHORTENING TIME TO HEAR<br>MOTION FOR ENTRY OF ORDER FOR<br>RELIEF IN INVOLUNTARY PROCEEDING<br>EX PARTE |

THIS MATTER CAME ON BEFORE THE COURT on the motion of Petitioning

Creditors Jean-Philippe Sugarbroad, Paul H. Stansel, and Wildfire LLC, for an order to shorten

time to hear their motion for entry of an order for relief pursuant to 11 U.S.C. § 303(h) against

Inmediares Productions, LLC d/b/a/ Catalyst Game Labs.   It appearing cause is appropriate to

shorten time, it is hereby

ORDERED that the motion of Petitioning Creditors for entry of an order for relief

against the debtor shall be heard on **Friday, May 21, 2010 at 9:30 a.m.**, and responses shall be

due at the time of hearing.

DATED this _____ day of May 2010.

Thomas T. Glover
United States Bankruptcy Judge
(Dated as of "Entered on Docket" date above)

ORDER SHORTENING TIME - 1
#752825 v1 / 40556-001

*Law Offices*
KARR TUTTLE CAMPBELL
*A Professional Service Corporation*
1201 Third Avenue, Suite 2900, Seattle, Washington 98101-3028
Telephone (206) 223-1313, Facsimile (206) 682-7100

1    Presented by:

2    KARR TUTTLE CAMPBELL

3

4    By: _____
           Diana K. Carey, WSBA #16239
5            Attorneys for Petitioning Creditors

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER SHORTENING TIME - 2
#752825 v1 / 40556-001

*Law Offices*
KARR TUTTLE CAMPBELL
*A Professional Service Corporation*
1201 Third Avenue, Suite 2900, Seattle, Washington 98101-3028
Telephone (206) 223-1313, Facsimile (206) 682-7100