The Honorable Thomas T. Glover
Chapter 7

# UNITED STATES BANKRUPTCY COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| In re | |
|---|---|
| INMEDIARES PRODUCTIONS, LLC *dba* CATALYST GAME LABS, | Case No. 10-14343-TTG |
| | NOTICE OF HEARING |
| Debtor. | |

PLEASE TAKE NOTICE that the hearing on the Motion of Petitioning Creditors for Entry of Order for Relief in Involuntary Proceeding is SET FOR HEARING on approved shortened time as follows:

| | | | |
|---|---|---|---|
| JUDGE: | Honorable Thomas T. Glover | TIME: | 9:30 a.m. |
| PLACE: | US Bankruptcy Court, Seattle Courthouse 700 Stewart St. Courtroom 7106 Seattle, Washington | DATE: | May 21, 2010 |

IF YOU OPPOSE the Motion you must file your written response with the court clerk, serve two copies on the Judge's chambers, and deliver a copy to the undersigned NOT LATER THAN the date and time of the hearing as shown above (the RESPONSE DEADLINE). IF no response is timely filed and served, the court may, in its discretion, GRANT THE MOTION.

DATED this 19th day of May, 2010.

KARR TUTTLE CAMPBELL

By: /s/ Diana K. Carey
_____
Diana K. Carey, WSBA # 16239
Attorneys for Petitioning Creditors

NOTICE OF HEARING - 1
#753161 v1 / 40556-001

*Law Offices*
KARR TUTTLE CAMPBELL
*A Professional Service Corporation*

1201 Third Avenue, Suite 2900, Seattle, Washington 98101-3028
Telephone (206) 223-1313, Facsimile (206) 682-7100

# DECLARATION OF SERVICE

I, Diana K. Carey, declare as follows:

On May 18, 2010, I caused to be served, to the party(s), and using the method(s) shown below, a true and correct copy of the Motion For Entry Of Order For Relief In Involuntary Proceeding, along with the proposed order and supporting Declaration of Diana K. Carey, AS WELL as the corresponding motion and proposed order to shorten time. And that on May 19, 2010, I caused to be served, to the party(s), and using the method(s) shown below, a true and correct copy of the foregoing Notice Of Hearing.

| James A. Santucci | VIA E-MAIL: | jasantucci@thelanzfirm.com |
| | | knies@thelanzfirm.com |
| United States Trustee | VIA E-MAIL: | USTPRegion18.SE.ECF@usdoj.gov |

I declare under penalty of perjury under the laws of the State of Washington and the United States that the foregoing is true and correct to the best of my knowledge.

DATED at Seattle, Washington this 19th day of May, 2010.

_Diana K. Carey_
Diana K. Carey

NOTICE OF HEARING - 2
#753161 v1 / 40556-001

Law Offices
KARR TUTTLE CAMPBELL
A Professional Service Corporation
1201 Third Avenue, Suite 2900, Seattle, Washington 98101-3028
Telephone (206) 223-1313, Facsimile (206) 682-7100