James A. Santucci, WSBA #7393
The Lanz Firm, P.S.
AGC Bldg., Suite 809
1200 Westlake Avenue North
Seattle, WA 98109
Telephone: (206) 382-1827
Facsimile:  (206) 682-5288
Email: jasantucci@thelanzfirm.com

Judge:    Thomas T. Glover
Chapter:  7
Location: Seattle
Hearing: May 21, 2010
Time: 9:30 a.m.

# UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

INMEDIARES PRODUCTIONS, *dba*          )          Case Number: 10-14343-TTG
CATALYST GAME LABS,                            )
                                                                )          ORDER DENYING PETITIONER'S
                                    Debtor.                  )          MOTION FOR ORDER OF RELIEF
                                                                )
_____)

This having come on for hearing before the Honorable Thomas T. Glover, in the above

entitled court, on behalf of the Petitioning creditors Paul H Stansel, Jean-Philippe Sugarbroad,

Wildfire LLC's Motion For Entry Of Order For Relief In Involuntary Proceeding.  The Court

having considered the Petitioning creditor's motion and the Debtor's objection thereto, the

arguments of counsel and considered the pleadings and records on file herein,  It is therefore

**ORDERED, ADJUDGED, AND DECREED** that Petitioning creditors Paul H. Stansel,

Jean-Philippe Sugarbroad, and Wildfire, LLC's motion for an order of relief is DENIED.

DONE IN OPEN COURT this _____ day of May 2010.

_____
The Honorable Thomas T. Glover
U.S. Bankruptcy Judge

G:\LETTER\JAS\Inmediares Productions\Order
Denying Motion for Relief 5-21-2010.doc

PAGE 1

The Lanz Firm, P.S.
Suite 809, AGC Building
1200 Westlake Avenue North
Seattle, WA  98109
206-382-1827  FAX 206-682-5288

Case 10-14343-TTG   Doc 16   Filed 05/21/10   Entered 05/21/10 11:11:23   Page 1 of 2

Presented by:

THE LANZ FIRM, P.S.


By: */s/ James A. Santucci*
      James A. Santucci, WSBA #7393
      Attorney for Debtor

The Lanz Firm, P.S.
Suite 809, AGC Building
1200 Westlake Avenue North
Seattle, WA  98109
206-382-1827  FAX 206-682-5288