UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| InMediaRes Productions LLC<br><br>Debtor(s). | Case No. 10-14343<br><br>ORDER SETTING PRETRIAL CONFERENCE BEFORE JUDGE GLOVER |

Attorneys of Record:

IT IS HEREBY ORDERED as follows:

The above captioned matter will be set for pretrial conference on Friday, June 18, 2010, at 9:00 a.m., 700 Stewart Street, Room 7106, Seattle, Washington, before the HONORABLE THOMAS T. GLOVER, Bankruptcy Judge.

DATED at Seattle, Washington, May 20, 2010.

_____
Thomas T. Glover
United States Bankruptcy Judge
(Dated as of "Entered on Docket" date above)

| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | <u>CERTIFICATE OF MAILING</u> |
| 5 | The undersigned hereby certifies that a copy of the attached document was mailed on this date to the following parties/attorneys at the addresses listed below. |

InMediaRes Productions LLC
PMB 202
303 91st Ave. NE, G-701
Lake Stevens, WA 98258-2541

James A. Santucci
1200 Westlake Ave N Ste 809
Seattle, WA 98109

Diana K Carey
Karr Tuttle Campbell
1201 3rd Ave Ste 2900
Seattle, WA 98101-3028

DATED: May 21, 2010         _____/s/ Marsha Honda_____