UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| InMediaRes Productions LLC | Case No. 10-14343 |
| Debtor(s). | ORDER SETTING PRETRIAL CONFERENCE BEFORE JUDGE GLOVER |

Attorneys of Record:

    IT IS HEREBY ORDERED as follows:

    The above captioned matter will be set for pretrial conference on Friday, June 18 2010, at 9:00 a.m.,700 Stewart Street, Room 7106, Seattle, Washington, before the HONORABLE THOMAS T. GLOVER, Bankruptcy Judge.

    DATED at Seattle, Washington, May 20, 2010.

_____
Thomas T. Glover
United States Bankruptcy Judge
(Dated as of "Entered on Docket" date above)

## CERTIFICATE OF MAILING

The undersigned hereby certifies that a copy of the attached document was mailed on this date to the following parties/attorneys at the addresses listed below.

InMediaRes Productions LLC
PMB 202
303 91st Ave. NE, G-701
Lake Stevens, WA 98258-2541

James A. Santucci
1200 Westlake Ave N Ste 809
Seattle, WA 98109

Diana K Carey
Karr Tuttle Campbell
1201 3rd Ave Ste 2900
Seattle, WA 98101-3028

DATED: May 21, 2010 _____/s/ Marsha Honda_____

# CERTIFICATE OF NOTICE

```
District/off: 0981-2          User: victoriab           Page 1 of 1          Date Rcvd: May 21, 2010
Case: 10-14343                Form ID: pdf2             Total Noticed: 3

The following entities were noticed by first class mail on May 23, 2010.
db           +InMediaRes Productions LLC,    PMB 202,    303 91st Ave. NE, G-701,    Lake Stevens, WA 98258-2539
aty           Diana K Carey,    Karr Tuttle Campbell,    1201 3rd Ave Ste 2900,    Seattle, WA  98101-3028
aty          +James A. Santucci,    1200 Westlake Ave N Ste 809,    Seattle, WA 98109-3590

The following entities were noticed by electronic transmission.
NONE.                                                                                              TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 23, 2010**         **Signature:**         *Joseph Speetjens*