| | |
|---|---|
| James A. Santucci, WSBA #7393<br>The Lanz Firm, P.S.<br>AGC Bldg., Suite 809<br>1200 Westlake Avenue North<br>Seattle, WA 98109<br>Telephone: (206) 382-1827<br>Facsimile: (206) 682-5288<br>Email: jasantucci@thelanzfirm.com | Judge: Thomas T. Glover<br>Chapter: 7<br>Location: Seattle<br>Hearing: May 21, 2010<br>Time: 9:30 a.m. |

**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| INMEDIARES PRODUCTIONS, *dba*<br>CATALYST GAME LABS,<br><br>     Debtor. | Case Number: 10-14343-TTG<br><br>ORDER DENYING PETITIONER'S<br>MOTION FOR ORDER OF RELIEF |

This having come on for hearing before the Honorable Thomas T. Glover, in the above entitled court, on behalf of the Petitioning creditors Paul H Stansel, Jean-Philippe Sugarbroad, Wildfire LLC's Motion For Entry Of Order For Relief In Involuntary Proceeding. The Court having considered the Petitioning creditor's motion and the Debtor's objection thereto, the arguments of counsel and considered the pleadings and records on file herein, It is therefore

**ORDERED, ADJUDGED, AND DECREED** that Petitioning creditors Paul H. Stansel, Jean-Philippe Sugarbroad, and Wildfire, LLC's motion for an order of relief is DENIED.

DONE IN OPEN COURT this _____ day of May 2010.

_____
Thomas T. Glover
United States Bankruptcy Judge
(Dated as of "Entered on Docket" date above)

G:\LETTER\JAS\Inmediares Productions\Order Denying Motion for Relief 5-21-2010.doc

PAGE 1

The Lanz Firm, P.S.
Suite 809, AGC Building
1200 Westlake Avenue North
Seattle, WA 98109
206-382-1827  FAX 206-682-5288

Case 10-14343-TTG    Doc 16    Filed 05/21/10    Entered 05/21/10 11:11:23    Page 1 of 2

Presented by:

THE LANZ FIRM, P.S.

By: */s/ James A. Santucci*
James A. Santucci, WSBA #7393
Attorney for Debtor

G:\LETTER\JAS\Inmediares Productions\Order Denying Motion for Relief 5-21-2010.doc

PAGE 2

The Lanz Firm, P.S.
Suite 809, AGC Building
1200 Westlake Avenue North
Seattle, WA 98109
206-382-1827 FAX 206-682-5288

Case 10-14343-TTG    Doc 16    Filed 05/21/10    Entered 05/21/10 11:11:23    Page 2 of 2