James A. Santucci, WSBA #7393  
The Lanz Firm, P.S.  
AGC Bldg., Suite 809  
1200 Westlake Avenue North  
Seattle, WA 98109  
Telephone: (206) 382-1827  
Facsimile: (206) 682-5288  
Email: jasantucci@thelanzfirm.com

Judge: Thomas T. Glover  
Chapter: 7  
Location: Seattle  
Hearing: May 21, 2010  
Time: 9:30 a.m.

# UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| INMEDIARES PRODUCTIONS, *dba* CATALYST GAME LABS,<br><br>Debtor. | Case Number: 10-14343-TTG<br><br>ORDER DENYING PETITIONER'S MOTION FOR ORDER OF RELIEF |

This having come on for hearing before the Honorable Thomas T. Glover, in the above entitled court, on behalf of the Petitioning creditors Paul H Stansel, Jean-Philippe Sugarbroad, Wildfire LLC's Motion For Entry Of Order For Relief In Involuntary Proceeding. The Court having considered the Petitioning creditor's motion and the Debtor's objection thereto, the arguments of counsel and considered the pleadings and records on file herein, It is therefore

**ORDERED, ADJUDGED, AND DECREED** that Petitioning creditors Paul H. Stansel, Jean-Philippe Sugarbroad, and Wildfire, LLC's motion for an order of relief is DENIED.

DONE IN OPEN COURT this _____ day of May 2010.

_____  
Thomas T. Glover  
United States Bankruptcy Judge  
(Dated as of "Entered on Docket" date above)

G:\LETTER\JAS\Inmediares Productions\Order Denying Motion for Relief 5-21-2010.doc

PAGE 1

The Lanz Firm, P.S.  
Suite 809, AGC Building  
1200 Westlake Avenue North  
Seattle, WA 98109  
206-382-1827  FAX 206-682-5288

1 | Presented by:
2 | THE LANZ FIRM, P.S.
3 |
4 | By: */s/ James A. Santucci*
    James A. Santucci, WSBA #7393
5 | Attorney for Debtor
6 |
7 |
... (lines 8–25 blank)

G:\LETTER\JAS\Inmediares Productions\Order Denying Motion for Relief 5-21-2010.doc

PAGE 2

The Lanz Firm, P.S.
Suite 809, AGC Building
1200 Westlake Avenue North
Seattle, WA 98109
206-382-1827 FAX 206-682-5288

Case 10-14343-TTG    Doc 16    Filed 05/21/10    Entered 05/21/10 11:11:23    Page 2 of 2

# CERTIFICATE OF NOTICE

```
District/off: 0981-2          User: victoriab           Page 1 of 1             Date Rcvd: May 25, 2010
Case: 10-14343                Form ID: pdf              Total Noticed: 4

The following entities were noticed by first class mail on May 27, 2010.
db            +InMediaRes Productions LLC,   PMB 202,   303 91st Ave. NE, G-701,   Lake Stevens, WA 98258-2539
ptcrd         +Jean-Philippe Sugarbroad,   8465 Stone Ave. N,   Seattle, WA 98103-4418
ptcrd         +Paul H Stansel,   490 Rollstone Road,   Fitchburg, MA 01420-6187
ptcrd         +Wildfire LLC,   Attn: Fraser McKay, President,   23321 SE 291st St.,
               Black Diamond, WA 98010-1221

The following entities were noticed by electronic transmission.
NONE.                                                                                            TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 27, 2010**                **Signature:**    *Joseph Speetjens*