UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

In Re                                        )
                                             )      Bankruptcy No. 10-14343
InMediaRes Productions LLC,                  )
                                             )
                                             )      ORDER SETTING TRIAL DATE
_____         )

Attorneys of Record:

IT IS HEREBY ORDERED as follows:

1.      **The above captioned matter is set for trial on August 9, 2010 at 9:30 a.m.** in the U.S.

Courthouse, Seattle, in Courtroom 7106  before the HONORABLE THOMAS T. GLOVER,

Bankruptcy Judge.

2.      The parties are directed to use the attached form for the purpose of marking exhibits.

3.      Exhibits shall be marked numerically and consecutively.  The Petitioner shall begin with number

one and the Debtor shall begin with the next consecutive number following the number of

Petitioner's last exhibit.  Parties shall not use alpha or numeric designations for sub-parts of

exhibits.  Each exhibit must be assigned a separate number.

4.      The parties shall prepare three sets of exhibits: one copy for the court, one copy for the witness

and one copy for the opposing side.  If there are more than ten exhibits total for both sides, then

each set of exhibits should be placed in an individual binder.

5.      Copies of the exhibits shall be delivered to the court no later than 4:30 p.m. on the court day

prior to commencement of trial.

**If any party fails to comply with the terms hereof, the Court may order default, dismissal, and**

**imposition of terms or such other sanction as the Court may deem appropriate under the**

**procedural rules applicable in this Court.**

DATED at Seattle, Washington

_____
Thomas T. Glover
United States Bankruptcy Judge
(Dated as of  "Entered on Docket" date above)

| Number | Attorney | Description | Offer | Obj. | Admitted |
|--------|----------|-------------|-------|------|----------|
|        |          |             |       |      |          |
|        |          |             |       |      |          |
|        |          |             |       |      |          |
|        |          |             |       |      |          |
|        |          |             |       |      |          |
|        |          |             |       |      |          |
|        |          |             |       |      |          |
|        |          |             |       |      |          |
|        |          |             |       |      |          |
|        |          |             |       |      |          |
|        |          |             |       |      |          |
|        |          |             |       |      |          |
|        |          |             |       |      |          |
|        |          |             |       |      |          |
|        |          |             |       |      |          |
|        |          |             |       |      |          |
|        |          |             |       |      |          |
|        |          |             |       |      |          |
|        |          |             |       |      |          |
|        |          |             |       |      |          |
|        |          |             |       |      |          |
|        |          |             |       |      |          |
|        |          |             |       |      |          |
|        |          |             |       |      |          |
|        |          |             |       |      |          |
|        |          |             |       |      |          |