James A. Santucci, WSBA #7393
The Lanz Firm, P.S.
AGC Bldg., Suite 809
1200 Westlake Avenue North
Seattle, WA 98109
Telephone: (206) 382-1827
Facsimile: (206) 682-5288
Email: jasantucci@thelanzfirm.com

Honorable Karen A. Overstreet
Chapter: 7
Location: Marysville
Date: September 22, 2010
Time: 10:30 a.m.

# UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| INMEDIARES PRODUCTIONS, *dba* CATALYST GAME LABS,<br><br>Debtor. | Case Number: 10-14343-KAO<br><br>NOTICE OF MOTION;<br>MOTION FOR ENTRY OF ORDER REQUIRING POSTING OF BOND BY PETITIONERS |

## 1.0 **NOTICE**:

TO: CLERK OF THE UNITED STATES BANKRUPTCY COURT
TO: MICHAELANNE EHRENBERG, Attorney for Petitioners

PLEASE NOTE that THE FOLLOWING MOTION IS SET FOR HEARING as follows:

NATURE OF MOTION: MOTION FOR ENTRY OF ORDER REQUIRING POSTING OF BOND BY PETITIONERS

JUDGE: The Hon. Karen A. Overstreet      TIME: 10:30 a.m.
PLACE: Marysville Municipal Court         DATE: September 22, 2010
       Courtroom 1
       1015 State Avenue
       Marysville, WA 98270

IF YOU OPPOSE the Motion, you must file your response with the court clerk and deliver copies to the undersigned NOT LATER THAN 4:30 p.m. on the RESPONSE DATE, which is September 15, 2010.

IF NO RESPONSE IS TIMELY FILED AND SERVED, the Court may, in its discretion, GRANT THE MOTION PRIOR TO THE HEARING, WITHOUT FURTHER NOTICE, and strike the hearing.

MOTION FOR ENTRY OF ORDER REQUIRING THE POSTING
OF BOND BY PETITIONERS
G:\LETTER\JAS\Inmediares Productions\Motion for Bond.doc
PAGE 1.

The Lanz Firm, P.S.
Suite 809, AGC Building
1200 Westlake Avenue North
Seattle, WA 98109
206-382-1827 FAX 206-682-5288

Comes now the alleged Debtor, InMediaRes Productions, LLC, and through his attorney James A. Santucci and The Lanz Firm, P.S. and moves the court for an Order requiring the Petitioners to post a $75,000 bond pursuant to 11 USC Sec. 303(e) for this matter to proceed any further.

**Facts**

Each of the three petitioning Creditors, Wildfire, LLC, Paul Stansel and Jean-Phillipe Sugarbroad signed the Involuntary Petition for Chapter 7 Bankruptcy in April, 2010. This voluntary petition is likely to fail due to the nature of the three petitioners not constituting valid creditors to this action.

The $37,236.59 claim for royalties by Wildfire, LLC is severely contested by IMR. The claim is not liquidated, is subject to various set-offs for inventory swap-outs that have not otherwise been accounted for. Offsets have been valued improperly. There will be little or no funds owed Wildfire upon a proper accounting. Wildfire, LLC is not a proper creditor to this involuntary petition.

The estimated claim of $18,000 by Paul Stansel, at the commencement of this involuntary petition was being paid on a monthly basis at about 969.73 with the understanding the remaining balance would be paid in September 2010. He was a lender being paid in the normal course of business. Payments have continued monthly since the filing and Stansell will be paid in full in September as planned. Bankruptcy will not enhance his position and he to is not a proper creditor to this action.

The claim $2,924.64 claim of Jean-Philippe Sugarbroad is for services. While he may have done work under our former operations manager, who left IMR earlier this year. IMR has

MOTION FOR ENTRY OF ORDER REQUIRING THE POSTING OF BOND BY PETITIONERS
G:\LETTER\JAS\Inmediares Productions\Motion for Bond.doc
PAGE 2.

The Lanz Firm, P.S.
Suite 809, AGC Building
1200 Westlake Avenue North
Seattle, WA 98109
206-382-1827  FAX 206-682-5288

no record or documentation as to the hiring of Mr. Sugarbroad. IMR has no record of the itemized work done and Mr. Sugarbroad won't cooperate in itemizing what it is he did for the amount claimed. IMR can't determine what it is he may be owed, if he won't work with IMR in sorting this out.

The filing of this involuntary bankruptcy has cost IMR a minimum of $20,000 - $30,000 in lost business. It has caused credit issues in obtaining printing resulting in a significant delay in the printing of six books. It has made other vendors wary of doing business and stands in the way of forging other partnerships. IMR generates gross sales in excess of $1,000,000 per year. The filing has resulted in unwarranted damage to business reputation.

Should the matter proceed to trial, attorneys fees and costs will remain significant. There is a strong likelihood that this involuntary petition will fail and IMR will be entitled to certain fees, costs, and damages.

## **Argument**

11 USC Sect 303(e) provides that upon hearing, the court may require the Petitioner's under this section to file a bond to indemnify the debtor for such amounts as the court may award under subsection (i) of this section.

Subsection (i) provides that upon dismissal of the involuntary petition the court may award reasonable attorney fees and costs, together with actual and punitive damages against any petitioner incurred because of a bad faith filing. There is a likelihood this matter will be dismissed and IMR seeks protection for damages caused and allowed under 11 USC Sec. 303 (i).

In this case, the facts will demonstrate that these are improper creditors to an involuntary bankruptcy petition and that the damage caused by this involuntary petition is real and

MOTION FOR ENTRY OF ORDER REQUIRING THE POSTING
OF BOND BY PETITIONERS
G:\LETTER\JAS\Inmediares Productions\Motion for Bond.doc
PAGE 3.

The Lanz Firm, P.S.
Suite 809, AGC Building
1200 Westlake Avenue North
Seattle, WA 98109
206-382-1827  FAX 206-682-5288

substantial and possibly compensable against each of the petitioning creditors to this involuntary bankruptcy petition.

IMR seeks an order for a bond in the amount of $75,000 as to every petitioning creditor to this action for this matter to proceed.

Dated at Seattle, Washington this 31st day of August, 2010.

THE LANZ FIRM, P.S.:


By: */s/ James A. Santucci*
    James A. Santucci, WSBA #7393
    Attorney for Debtor

MOTION FOR ENTRY OF ORDER REQUIRING THE POSTING
OF BOND BY PETITIONERS
G:\LETTER\JAS\Inmediares Productions\Motion for Bond.doc
PAGE 4.

The Lanz Firm, P.S.
Suite 809, AGC Building
1200 Westlake Avenue North
Seattle, WA  98109
206-382-1827  FAX 206-682-5288