James A. Santucci, WSBA #7393  
The Lanz Firm, P.S.  
AGC Bldg., Suite 809  
1200 Westlake Avenue North  
Seattle, WA 98109  
Telephone: (206) 382-1827  
Facsimile: (206) 682-5288  
Email: jasantucci@thelanzfirm.com

Honorable Karen A. Overstreet  
Chapter: 7  
Location: Marysville  
Hearing: September 22, 2010  
Time: 10:30 a.m.

**UNITED STATES BANKRUPTCY COURT**  
**FOR THE WESTERN DISTRICT OF WASHINGTON**  
**AT SEATTLE**

| | |
|---|---|
| INMEDIARES PRODUCTIONS, *dba* CATALYST GAME LABS,  <br><br>  Debtor. | Case Number: 10-14343-TTG  <br><br> ORDER GRANTING DEBTOR'S MOTION FOR BOND  <br><br> [Proposed] |

This having come on for hearing before the Honorable Karen A. Overstreet, in the above entitled court, on behalf of the alleged Debtor, InMediaRes Productions, LLC for an order setting bond in the above matter and the Court having considered the motion, declaration of Debtor, and the response of Petitioning Creditors, the arguments of counsel and considered the pleadings and records on file herein, It is therefore

**ORDERED, ADJUDGED, AND DECREED** Debtor's motion for a bond is granted and that Petitioning creditors Paul H. Stansel, Jean-Philippe Sugarbroad, and Wildfire, LLC's are directed to each post a $75,000 bond for this matter to continue.

Order Granting Motion for Bond  
F:JAS\IMR\Order Granting Bond

PAGE 1

The Lanz Firm, P.S.  
Suite 809, AGC Building  
1200 Westlake Avenue North  
Seattle, WA 98109  
206-382-1827  FAX 206-682-5288

DONE IN OPEN COURT this 22nd day of September, 2010.

_____
The Honorable Karen A. Overstreet
U.S. Bankruptcy Judge

Presented by:

THE LANZ FIRM, P.S.

By: */s/ James A. Santucci*
    James A. Santucci, WSBA #7393
    Attorney for Debtor

Order Granting Motion for Bond
F:JAS\IMR\Order Granting Bond

PAGE 2

The Lanz Firm, P.S.
Suite 809, AGC Building
1200 Westlake Avenue North
Seattle, WA 98109
206-382-1827 FAX 206-682-5288