James A. Santucci, WSBA #7393
The Lanz Firm, P.S.
AGC Bldg., Suite 809
1200 Westlake Avenue North
Seattle, WA 98109
Telephone: (206) 382-1827
Facsimile: (206) 682-5288
Email: jasantucci@thelanzfirm.com

Honorable Karen A. Overstreet
Chapter: 7
Location: Marysville
Date: September 22, 2010
Time: 10:30 a.m.

# UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

| | |
|---|---|
| INMEDIARES PRODUCTIONS, *dba* CATALYST GAME LABS, <br><br> Debtor. | Case Number: 10-14343-KAO <br><br> DECLARATION OF LOREN COLEMAN FOR ENTRY OF ORDER REQUIRING POSTING OF BOND BY PETITIONERS |

Loren Coleman declares as follows:

1. That he is the managing member of InMediaRes Productions, LLC (IMR) and bases this declaration upon his own personal knowledge and is competent to testify to matters contained herein.

2. Each of the three petitioning Creditors, Wildfire, LLC, Paul Stansel and Jean-Phillipe Sugarbroad signed the Involuntary Petition for Chapter 7 Bankruptcy.

3. The $37,236.59 claim of Wildfire, LLC is severely contested by IMR. The claim is not liquidated, is subject to various set-offs not otherwise accounted for or they have been

DECLARATION OF LOREN COLEMAN FOR ENTRY OF ORDER
REQUIRING THE POSTIN OF BOND BY PETITIONERS
F:\LETTER\JAS\Inmediares Productions\Declaration of Loren
Coleman in Support of Motion for Bond.doc.doc
PAGE 1.

The Lanz Firm, P.S.
Suite 809, AGC Building
1200 Westlake Avenue North
Seattle, WA 98109
206-382-1827 FAX 206-682-5288

valued improperly. We estimate that a correct accounting will all but negate this claim. It is totally unliquidated and disputed.

3. The estimated claim of $18,000 by Paul Stansel, at the commencement of this involuntary petition was being paid on a monthly basis at about 969.73 with the understanding the remaining balance would be paid in September 2010. Payments have continued monthly since then and we are on schedule to pay Mr. Stansell in full in September 2010 as has been the plan.

4. The claim $2,924.64 claim of Jean-Phillipe Sugarbroad is for services. While he may have done work under our former operations manager, who left IMR earlier this year. We were not left with any documentation as to the hiring of Mr. Sugarbroad. We have no record of the itemized work done and Mr. Sugarbroad won't cooperate in itemizing what it is he did for the amount claimed. We can't determine what it is he may be owed, if he won't work with us.

5. The filing of this involuntary bankruptcy has cost this company a minimum of $20,000 - $30,000. It has caused credit issues with obtaining printing resulting in a significant delay in the printing of six books. It has made other vendors wary of doing business and stands in the way of forging other partnerships. IMR has gross sales in excess of $1,000,000 per year. The filing has resulted in unwarranted damage to business reputation and will continue to do so.

6. Should the matter proceed to trial, attorneys fees and costs will remain significant.

7. There is a likelihood this matter will be dismissed and IMR seeks protection for damages caused and allowed under 11 USC Sec. 303 (i).

I certify or declare under penalty of perjury under the laws of the State of Washington and the United States of Ameriaca, that the foregoing is true and correct.

DECLARATION OF LOREN COLEMAN FOR ENTRY OF ORDER
REQUIRING THE POSTIN OF BOND BY PETITIONERS
F:\LETTER\JAS\Inmediares Productions\Declaration of Loren
Coleman in Support of Motion for Bond.doc.doc
PAGE 2.

The Lanz Firm, P.S.
Suite 809, AGC Building
1200 Westlake Avenue North
Seattle, WA 98109
206-382-1827 FAX 206-682-5288

Dated at Snohomish Washington this 31st day of August, 2010.

_____
Loren Coleman, Declarant

DECLARATION OF LOREN COLEMAN FOR ENTRY OF ORDER
REQUIRING THE POSTIN OF BOND BY PETITIONERS
F:\LETTER\JAS\Immediates Productions\Declaration of Loren
Coleman in Support of Motion for Bond.doc.doc
PAGE 3.

The Lanz Firm, P.S.
Suite 809, AGC Building
1200 Westlake Avenue North
Seattle, WA 98109
206-382-1827  FAX 206-682-5288