The Honorable Karen A. Overstreet

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| In re | Case No. 10-14343-KAO |
|---|---|
| INMEDIARES PRODUCTIONS, LLC dba CATALYST GAME LABS, | STIPULATTION AND AGREED ORDER DISMISSING INVOLUNTYARY BANKRUPTCY PETITION |
| Debtor. | |

## STUPILATION OF DISMISSAL

This matter is before the court on the petition for involuntary bankruptcy filed by Jean-Philippe Sugarbroad ("*JP Sugarbroad*"), Paul H. Stansel, Wildfire LLC, a Washington limited liability company ("*Wildfire*") (JP Sugarbroad, Paul H. Stansel and Wildfire collectively, the "*Petitioners*") as against InMediaRes Productions, LLC, a Washington limited liability company, dba Catalyst Game Labs ("*IMR*").

Through their attorneys of record, Petitioners and IMR have reached an agreement regarding dismissal of this matter. The parties hereby stipulate and agree to the dismissal of the pending petition for involuntary bankruptcy filed against IMR, pursuant to the Agreed Order Dismissing Adversary Proceeding being filed concurrently herewith.

STIPULATION TO DISMISSAL - 1
#762808 v1 / 32859-231

*Law Offices*
**KARR TUTTLE CAMPBELL**
*A Professional Service Corporation*
1201 Third Avenue, Suite 2900, Seattle, Washington 98101-3028
Telephone (206) 223-1313, Facsimile (206) 682-7100

DATED this 8th day of October, 2010.

_____
Michaelanne Ehrenberg, WSBA #25615
Of Karr Tuttle Campbell
Attorneys for Petitioners

_____
James Santucci, WSBA #7393
Attorney for Debtor, IMR

STIPULATION TO DISMISSAL - 2
#762808 v1 / 32859-231

*Law Offices*
KARR TUTTLE CAMPBELL
*A Professional Service Corporation*
1201 Third Avenue, Suite 2900, Seattle, Washington 98101-3028
Telephone (206) 223-1313, Facsimile (206) 682-7100

Case 10-14343-KAO    Doc 30    Filed 10/14/10    Entered 10/14/10 11:35:09    Page 2 of 3

## AGREED ORDER OF DISMISAL

THIS MATTER came on before the court on the stipulation of Petitioners Philippe Sugarbroad ("*JP Sugarbroad*"), Paul H. Stansel, Wildfire LLC, a Washington limited liability company ("*Wildfire*") (JP Sugarbroad, Paul H. Stansel and Wildfire collectively, the "*Petitioners*") and Debtor InMediaRes Productions, LLC, a Washington limited liability company, dba Catalyst Game Labs ("*IMR*"), through their counsel of record, for dismissal of this proceeding. It appearing that the request is reasonable, and that the parties have presented adequate grounds to support the request, it is hereby

**ORDERED and ADJUDGED** as follows:

That this involuntary bankruptcy petition is dismissed.

DATED this ____ day of October, 2010.

_____
U.S. BANKRUPTCY COURT JUDGE

Agreed to and Presented by:

/s/ Michaelanne Ehrenberg
_____
Michaelanne Ehrenberg, WSBA #25615
Of Karr Tuttle Campbell
Attorneys for Petitioners

_____
James Santucci, WSBA #7393
Attorney for Debtor IMR

STIPULATION TO DISMISSAL - 3
#762808 v1 / 32859-231

*Law Offices*
KARR TUTTLE CAMPBELL
*A Professional Service Corporation*
1201 Third Avenue, Suite 2900, Seattle, Washington 98101-3028
Telephone (206) 223-1313, Facsimile (206) 682-7100